JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>APPROXIMATELY 38,880 PIECES OF GIRLS KNIT PULLOVER SHIRTS, WOVEN PANTS AND WOVEN COATS, APPROXIMATELY 42,012 PIECES OF GIRLS PULLOVERS, PANTS, JACKETS AND BLOUSES AND BOYS PULLOVERS, PANTS AND JACKETS AND APPROXIMATELY 183,216 PIECES OF BOYS BRIEFS AND T-SHIRTS,<br><br>　　　　　Defendants. | No.  CV 12–5464 PA (FFMx)<br><br>JUDGMENT |

　　　In accordance with the Court's January 7, 2013 Order granting the Motion for Default Judgment filed by plaintiff United States of America ("Plaintiff"),

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff is entitled to judgment against the interests of all potential claimants, including Honwell Group Ltd., Lina Xu dba APC Customs Service, Kingsford Manufacturing Co., Xiamen Seashine Trade Co., Ltd., and I.T. Logistics, in the defendants Approximately 38,880 Pieces of Girls Knit Pullover Shirts, Woven Pants and Woven Coats, Approximately 42,012 Pieces of Girls

1  Pullovers, Pants, Jackets and Blouses and Boys Pullovers, Pants and Jackets and
2  Approximately 183,216 Pieces of Boys Briefs and T-shirts;
3       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the defendants
4  Approximately 38,880 Pieces of Girls Knit Pullover Shirts, Woven Pants and Woven Coats,
5  Approximately 42,012 Pieces of Girls Pullovers, Pants, Jackets and Blouses and Boys
6  Pullovers, Pants and Jackets and Approximately 183,216 Pieces of Boys Briefs and T-shirts
7  shall be and hereby are forfeited to the plaintiff United States of America, which shall
8  dispose of the defendants Approximately 38,880 Pieces of Girls Knit Pullover Shirts, Woven
9  Pants and Woven Coats, Approximately 42,012 Pieces of Girls Pullovers, Pants, Jackets and
10 Blouses and Boys Pullovers, Pants and Jackets and Approximately 183,216 Pieces of Boys
11 Briefs and T-shirts in the manner required by law.
12      The Clerk is ordered to enter this Judgment.

14 DATED: January 7, 2013

                                            Percy Anderson
                                 UNITED STATES DISTRICT JUDGE